UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>KARINA LARA,<br><br>        Defendant. | CASE NO.: 22CR00509-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING |

**GOOD CAUSE HAVING BEEN SHOWN:**

**IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently scheduled for April 8, 2022 at 1:30 p.m. be continued to April 22, 2022 at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date by April 15, 2022.

For the reasons set forth in the joint motion, **IT IS FURTHER ORDERED** that time be excluded under the Speedy Trial Act in the interests of justice.

**IT IS SO ORDERED**.

Dated: April 4, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge